

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERTO ANTONIO MENDIOLA, | § | No. 08-16-00304-CR |
| Appellant, | § | |
| v. | | Appeal from the |
| | § | |
| THE STATE OF TEXAS, | | 168th District Court |
| | § | |
| Appellee. | | of El Paso County, Texas |
| | § | |
| | | (TC# 20140D01577) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY, 2019.

MICHAEL MASSENGALE, Visiting Justice

Before McClure, C.J., Palafox, and Massengale, JJ.